# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−60717−mmp
Chapter No.: 7
Judge: Michael M Parker

IN RE: **Downing Transportation, Inc.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**3/17/25** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
800 FRANKLIN AVE., SUITE 140
WACO, TX 76701−0

MAIL COPY OF PROOF OF CLAIM TO:

James Studensky
3912 W. Waco Drive
Waco, TX 76710

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 1/7/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re:                    Case No. 24-60717-mmp

Downing Transportation, Inc.         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-6         User: admin         Page 1 of 3

Date Rcvd: Jan 07, 2025       Form ID: 148        Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Downing Transportation, Inc., 2120 Church Avenue, Troy, TX 76579-2711 |
| 18809595 | + | Aleshia R. Huffman, Scott & Associates PC, P.O. Box 115220, Carrollton, TX 75011-5220 |
| 18809596 | + | American Incentive Advisors, LLC, 8911 N. Capital of Texas Hwy, Suite 1105, Austin, TX 78759-7203 |
| 18809597 | | Bell County Tax Appraisal District, P.O. Box 390, Belton, TX 76513-0390 |
| 18809601 | | CTWP, P.O. Box 660831, Dallas, TX 75266-0831 |
| 18809599 | | Capital Premium Financing, LLC, P.O. Box 667180, Dallas, TX 75266-7180 |
| 18809600 | + | Chris Batten Agency - Nationwide, 1861 Briarcrest Dr., Bryan, TX 77802-3453 |
| 18809602 | | Dept of Motor Vehicles, P.O. Box 825339, Sacramento, CA 94232-5339 |
| 18809603 | | Dept. of the Treasury, Bureau of the Fiscal Service, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 18809604 | + | Downing Livestock, LLC, 2120 Church Avenue, Troy, TX 76579-2711 |
| 18809607 | | Electronic Funds Source LLC, P.O. Box 630038, Cincinnati, OH 45263-0038 |
| 18809609 | + | Integ, 2335 Industrial Blfd., Temple, TX 76504-1008 |
| 18809612 | | Interstate Billing Service, Inc., P.O. Box 2250, Decatur, AL 35609-2250 |
| 18809613 | + | Jeffrey R. Cagle, Lawrence & Martinez, 105 Decker Court, Suite 150, Irving, TX 75062-2808 |
| 18809614 | + | John Downing, 1960 Church Avenue, Troy, TX 76579-2750 |
| 18809615 | + | John Malone, 5400 Bosque Blvd., Suite 308, Waco, TX 76710-4446 |
| 18809616 | | Kansas Dept of Revenue, Division of Taxation, P.O. Box 3506, Topeka, KS 66625-3506 |
| 18809617 | + | Kelsey N. Linendoll, Padfield & Stout, 420 Throckmorton Street, Suite 1210, Ft. Worth, TX 76102-3792 |
| 18809618 | | Kleinschmidt Inc., P.O. Box 7158, Deerfield, IL 60015-7158 |
| 18809619 | + | Murray L. Bristol, Bristol & Dubiel LLP, 10440 N. Central Expy., Suite 800, Dallas, Tx 75231-2264 |
| 18809620 | | National Agribusiness Insurance Company, P.O. Box 855899, Minneapolis, MN 55485-5899 |
| 18809624 | | PNC Bank, N.A., P.O. Box 1030, Oshtemo, MI 49009 |
| 18813797 | + | PNC Bank, NA, as successor to BBVA USA, c/o Kelsey N. Linendoll, Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, Texas 76102-2837 |
| 18809623 | + | Petro Ag Insurance Agency, LLC, 2251 N. Loop 336 W, Suite D, Conroe, TX 77304-3585 |
| 18809627 | + | Security Bank of Crawford, 6688 North Lonestar Parkway, Crawford, TX 76638-3041 |
| 18809628 | + | Shellie Downing, 720 Pleasant View Road, Troy, TX 76579-3642 |
| 18809634 | + | TNTX, LLC dba C&W Leasing, 502 Overland Trail, Abilene, TX 79601-1632 |
| 18809631 | + | Texas Comptroller, 12345 N. Lamar Blvd., Suite 175, Austin, TX 78753-1395 |
| 18809635 | + | Transportation Commodities, Inc., dba TCI Leasing, 4950 Triggs Street, Commerce, CA 90022-4832 |
| 18809636 | + | U.S. Attorney - Dept of the Treasury, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5512 |
| 18809638 | + | U.S. Attorney - SBA, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5512 |
| 18809639 | + | W&B Service Company, 247 Estes Parkway, Temle, TX 76501-6804 |
| 18809641 | | WEX Health, Inc., P.O. Box 9528, Fargo, ND 58106-9528 |
| 18809640 | + | Ward's Towing, Ltd, 4852 E. State Hwy 53, Temple, T 76501-7523 |
| 18809642 | + | Zach Carrabine, Lewis Brisbois Bisgaard & Smith LLP, 24 Greenway Plaza, Suite 1400, Houston, TX 77046-2410 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJESTUDENSKY.COM | Jan 08 2025 03:29:00 | James Studensky, 3912 W. Waco Drive, Waco, TX 76710-7108 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jan 07 2025 22:33:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18810293 | + | Email/Text: julie.parsons@mvbalaw.com | Jan 07 2025 22:32:00 | Bell TAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18809598 | | Email/Text: cms-bk@cms-collect.com | Jan 07 2025 22:33:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 18809606 | | Email/Text: courtprocessingmanagement@e-470.com | Jan 07 2025 22:32:00 | E-470 Public Highway Authority, P.O. Box 5470, Denver, CO 80217-5470 |
| 18809608 | | EDI: EDD.COM | Jan 08 2025 03:23:00 | Employment Development Department, State of California, P.O. Box 826215 MIC 3A, Sacramento, CA 94230-6215 |
| 18809610 | | EDI: IRS.COM | Jan 08 2025 03:23:00 | Internal Revenue Service, Ogden, UT 84201-0038 |
| 18809621 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 07 2025 22:32:00 | NJ E-ZPass, P.O. Box 4971, Trenton, NJ 08650 |
| 18809622 | ^ | MEBN | Jan 07 2025 22:28:22 | OTA-Plate Pay, P.O. Box 248935, Oklahoma City, OK 73124-8935 |
| 18809625 | | Email/Text: credit@premier-us.net | Jan 07 2025 22:33:00 | Premier Trailer Leasing, P.O. Box 206553, Dallas, TX 75320-6553 |
| 18809626 | + | Email/Text: correspondence@duncansolutions.com | Jan 07 2025 22:32:00 | Professional Account Management, P.O. Box 863867, Plano, TX 75086-3867 |
| 18809629 | | EDI: ARKDEPREV.COM | Jan 08 2025 03:23:00 | State of Arkansas, Dept of Finance & Admin. - Revenue Div., P.O. Box 896, Little Rock, AR 72203-0896 |
| 18809632 | | Email/Text: pacer@cpa.state.tx.us | Jan 07 2025 22:33:00 | Texas Comptroller of Public Accounts, P.O. Box 149359, Austin, TX 78714-9359 |
| 18809630 | | Email/Text: bcd@oag.texas.gov | Jan 07 2025 22:32:00 | Texas Attorney General, P.O. Box 12548, Austin, TX 78711-2548 |
| 18809633 | | Email/Text: collections.pacer@twc.texas.gov | Jan 07 2025 22:33:00 | Texas Workforce Commission, 101 E. 15th Street, Rm 556, Austin, TX 78778-0001 |
| 18809637 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Jan 07 2025 22:32:00 | U.S. Attorney - IRS, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5512 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18809605 | *+ | Downing Transportation, Inc., 2120 Church Avenue, Troy, TX 76579-2711 |
| 18809611 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Ogden, UT 84201-0039 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David C. Alford | on behalf of Debtor Downing Transportation Inc. alford@pakislaw.com |
| James Studensky | jstudensky.trustee@outlook.com  jstudensky@ecf.axosfs.com |
| Julie A. Parsons | on behalf of Creditor Bell TAD jparsons@mvbalaw.com vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Kelsey Linendoll, I | on behalf of Creditor PNC Bank National Association, as successor to BBVA USA klinendoll@padfieldstout.com |
| United States Trustee - WA12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 5